1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL A. ZAMUDLO LOPEZ,

        Plaintiff,

   v.

JOSE PEREZ,

        Defendant.

Case No.: C 13-4682 KAW (PR)

ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL

Doc. no. 1

On October 8, 2012, Miguel A. Zamudlo Lopez, a state prisoner incarcerated at San Diego Correctional Facility, filed a document requesting a copy of the record of a criminal case involving a defendant named Jose Perez. In his letter, Mr. Lopez explains that, when he was incarcerated in the Santa Clara County Jail, he was a victim of sexual misconduct perpetrated by Officer Perez, who was convicted in 2006 or 2007.

The Clerk of the Court inadvertently opened this as the instant civil rights case. On October 17, 2013, Mr. Lopez wrote a letter to the Court indicating that he does not want to open a civil rights case, but seeks the record of the case against Officer Perez. The Court construes this letter as a request for the voluntary dismissal of this action, which is GRANTED.

Because this case was opened in error, the Clerk of the Court shall not charge a filing fee. Also, the Clerk of the Court shall endeavor to find the case indicated by Mr. Lopez and send him a copy of the docket sheet and notice of the Court's fee for copying documents. Mr. Lopez can then indicate to the Clerk which documents he wishes to have reproduced together with the copying fee.

If the Clerk cannot locate the case indicated by Mr. Lopez, it shall send him a notice indicating this.

IT IS SO ORDERED.

Dated:  October 25, 2013

KANDIS A. WESTMORE
United States Magistrate Judge